# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CONNEMARA HOLDINGS, INC.,

                 Appellant,

    vs.

NON SPECIFIED,

                 Appellee.

Case No.: 2:24-cv-01995-GMN

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**

Pending before the Court is the Motion to Withdraw as Attorney, (ECF No. 5). Pursuant to Nevada Rule of Professional Conduct 1.6, an attorney may withdraw from representing a client if: "[t]he client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled" or if "[t]he representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client." Local Rule IA 11-6 states: "If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." Attorney Mincin has conformed to the Local Rules and seeks to withdraw because Appellant has failed to meet financial commitments to the law firm. Based on Attorney Mincin's representations, the Court GRANTS the motion.

The withdrawal of Attorney Mincin results in Appellant being unrepresented by counsel. "A corporation must be represented by counsel." *Reading Int'l, Inc. v. Malulani Grp., Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016). Accordingly, by December 9, 2024, Appellant shall obtain new counsel and file a notice of appearance with the Court. Failure to do so will result in this case being dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that Attorney Mincin's Motion to Withdraw as Attorney is **GRANTED**.

**IT IS FURTHER ORDERED** that by December 9, 2024, Appellant shall obtain new counsel and file a notice of appearance with the Court.  Failure to do so will result in this case being dismissed.

The Clerk of Court is kindly directed to update Appellant's address on CM/ECF with the party's last known mailing addresses and mail a copy of this Order to Appellant at:

Connemara Holdings, Inc                    Connemara Holdings, Inc.

2695 Beverly Drive, #1800                  Attn: Adib Kassir, President

Beverly Hills, CA 90212                    123 W. Nye Lane, #129

                                           Carson City, Nevada 89706


Dated this __8__ day of November, 2024.

_____

Gloria M. Navarro, District Judge
United States District Court